# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOSEPH MESSINA, JR., ET AL.

VERSUS

UNION CARBIDE CORPORATION, ET AL.

NO.   2021 CW 0557

**JUNE 3, 2021**

In Re:   Zurich American Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 687430.

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT